UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD F. RYAN, JR.,

    Defendant.
_____/

## NOTICE OF REQUEST FOR DISCLOSURE
## OF EXPERT WITNESS SUMMARIES

The defendant, Ronald Ryan, Jr., through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief.  As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/ Robert E. Adler*
Robert E. Adler
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
450 S Australian Avenue, Suite 500
West Palm Beach, Florida 33401
Phone:  (561) 833-6288; Fax (561) 833-0368
Email:  robert_adler@fd.org

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on June 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/*Robert E. Adler*
                                        Robert E. Adler