FILED by \_\_\_\_ D.C.

JUN 0 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *17-80102-CR-RLR*

UNITED STATES OF AMERICA,
        Plaintiff,

v.

*Michael Brown*

        Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

COMES NOW *Bruce Reinhart, P.A.*, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), ~~and to pursue that appeal unless relieved by Court Order.~~ *For trial only*

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: *6/9/17*

Attorney: *Bruce Reinhart*

Address: *250 S. Australian Ave, Suite 1400*

City *WPB* State *FL* Zip Code *33401*

Telephone *(561) 429-8401*

Florida Bar Number: *10762*

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.