UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17 80102 CR RLR/Hopkins

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Justin Harris
    Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

FILED by _____ D.C.
JUN 0 9 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

COMES NOW __Jonathan Wasserman__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), ~~and to pursue that appeal unless relieved by Court Order.~~ For Trial Only

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 6/9/17

Attorney: Jonathan Wasserman
Address: 340 Columbia Drive Suite 111
City: W Palm Bch   State: FL   Zip Code: 33409
Telephone: (561) 615-9785
Florida Bar Number: 0117579

The undersigned defendant(s) hereby consent(s) to the representation of the above ~~counsel~~.