IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATE OF AMERICA,

    Plaintiff,

v.

MICHAEL BROWN

    Defendant.

_____/

## UNOPPOSED MOTION TO EXTEND TRAVEL

Defendant MICHAEL BROWN hereby requests that the Court extend his authorized travel by two days. On June 30, 2017, this Honorable Court granted Mr. Brown's unopposed motion to travel to Tennessee from July 25, 2017, through and including August 4, 2017, for a family reunion and memorial service for his deceased wife. Docket Entry 37. Mr. Brown respectfully requests that his authorized travel be extended through and including August 6, 2017. Mr. Brown will be traveling from the Eastern District of Tennessee to the Southern District of Florida with his in-laws. For health reasons, they cannot make the drive straight through. The group intends to spend one night in Georgia. Therefore, additional time is needed for the trip home. Mr. Brown will provide his Pretrial Services Officer with his travel itinerary prior to leaving Tennessee. On July 31, 2017, undersigned counsel consulted with Assistant U.S. Attorney Susan Osborne, who does not oppose the request.

Respectfully submitted,

/s/ Bruce Reinhart_____
BRUCE E. REINHART, PA
Florida Bar No. 10762
breinhart@brucereinhartlaw.com
Attorney for Defendant Michael Brown
250 S. Australian Avenue, Suite 1400
West Palm Beach, Florida 33401
Telephone:  561-429-8401

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31 2017, the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record using the CM/ECF system.

/s/ Bruce E. Reinhart_____
BRUCE E. REINHART
Florida Bar No. 10762