UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA

v.

MICHAEL C. BROWN,
JUSTIN R. HARRIS,
RONALD F. RYAN, Jr.,
PHILIP N. ANTICO,

      Defendants.
_____/

## STATUS REPORT

The United States of America, by and through its undersigned attorney, respectfully submits this Status Report. The government hereby states the following:

1. **Discovery:** the government has provided the Defendants with a first round of discovery. Today, the government sent the following items to the defense: 1) a proposed final transcript of the February 19, 2015 interview of Defendant Philip N. Antico (a recording of the interview has previously been provided); 2) a proposed final transcript of the radio calls from August 20, 2014 (the recording has been provided); and 3) the answers to interrogatories by Michael Brown in *Harris v. City of Boynton Beach, et al.* (16-80148-CV-RLR), which the government received yesterday, August 17, 2017. The government expects to deliver the following items to the defense within the next week: 1) enhanced versions of the helicopter video from August 20, 2014 (the original has been provided); and 2) the plaintiff's version of the August 20, 2014 video used in the

    depositions in the aforementioned civil case, which the government has yet to receive from plaintiff's counsel.

2. **Status for trial:** Counsel for Ronald F. Ryan, Jr. has indicated that he will need additional time to review the discovery, which is voluminous, and that he anticipates hiring a use of force expert. Thus far, counsel for Ryan has identified the expert he intends to hire to testify on his behalf, and is awaiting approval from his office for the expert's retention. Once received, he will file a motion to continue the trial. Counsel for Ryan believes he can be ready for trial in late October. Counsel for Justin R. Harris and the government are engaged in substantive negotiations regarding an outcome in Harris's case, and will be able to offer additional information on the progress to the Court at the status conference on August 25, 2017. Counsel for Philip N. Antico indicated that he will be ready for trial on September 18, 2017.

Counsels for Defendants Antico, Harris, and Ryan concur with this report. The undersigned attempted to contact counsel for Michael C. Brown, who is on vacation outside the jurisdiction, and has not had an opportunity to respond.

                                                  Respectfully submitted,

                                                  BENJAMIN G. GREENBERG
                                                  ACTING UNITED STATES ATTORNEY

                                    By:    s/Susan Osborne
                                            SUSAN OSBORNE
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Court No. A5500797
                                            500 S. Australian Avenue, Suite 400
                                            West Palm Beach, FL 33401
                                            (561) 209-1003

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing to be filed using CM/ECF on August 18, 2017.

s/Susan Osborne<br>
Assistant United States Attorney