UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA

v.

MICHAEL C. BROWN,
JUSTIN R. HARRIS,
RONALD F. RYAN, Jr.,
PHILIP N. ANTICO,

      **Defendants.**
_____/

## NOTICE OF AGREED UPON DEADLINE FOR EXCHANGE OF EXHIBIT AND WITNESS LISTS

The United States of America, by and through its undersigned attorney, respectfully submits this Notice of Agreed Upon Deadline for Exchange of Exhibit and Witness Lists, and proposes that the parties exchange exhibit and witness lists on the date of the current calendar call, September 13, 2017.

Counsel for all Defendants concur.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   s/Susan Osborne
       SUSAN OSBORNE
       ASSISTANT UNITED STATES ATTORNEY
       Court No. A5500797
       500 S. Australian Avenue, Suite 400
       West Palm Beach, FL 33401
       (561) 209-1003

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing to be filed using CM/ECF on September 1, 2017.

                                                s/Susan Osborne
                                                Assistant United States Attorney