UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG

UNITED STATES OF AMERICA

    Plaintiff,

v.

JUSTIN HARRIS,

    Defendant.

_____

## DEFENDANT'S MOTION IN LIMINE

Defendant, JUSTIN HARRIS, by and through undersigned counsel, hereby moves the Honorable Court in Limine to exclude any evidence that Defendant's actions violated any policies of the Boynton Beach Police Department, and as grounds thereof states the following:

1. Defendant is charged by Indictment with one count of Deprivation of Rights Under Color of Law (18 USC §242) and two counts of Falsification of Records (18 USC §1519).

2. The Government has indicated that it intends to present evidence that Defendant's actions violated the policies of the Boynton Beach Police Department in addition to the criminal violations as alleged in the Indictment.

3. It is Defendant's position that any evidence of alleged department policy violations is inadmissible pursuant to both Rule 402 and Rule 403 of the Federal Rules of Evidence.

4. Whether any actions of the Defendant violated any policy of the Boynton Beach Police Department bears no relevance on whether the alleged conduct violated the laws as charged in the Indictment. Accordingly, such evidence would be irrelevant in this criminal prosecution and as such is inadmissible pursuant to Rule 402 of the Federal Rules of Evidence.

5. If the Court finds that such evidence of conduct is relevant, the court may nonetheless exclude the evidence pursuant to Rule 403 if the probative value of the evidence is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlesslly presenting cumulative evidence.

6. Any evidence that Defendant's actions violated Boynton Beach Police Department policies would confuse the issues as well as mislead the jury. Defendant is not charged with violating the policies of the Boynton Beach Police Department and any argument that his actions violated said policies are inadmissible for the aforementioned reasons.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 5, 2017, the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record via CM/ECF system.

> **JONATHAN WASSERMAN, P.A.**
> 340 Columbia Drive - Suite 111
> West Palm Beach, FL 33409
> Telephone (561) 615-9785
> Fax (561) 228-0585
> Email: jw@wass-law.com
> Attorney for Defendant
>
> By: /s/ *Jonathan Wasserman*
> **JONATHAN WASSERMAN**
> Fla. Bar No. 0117579