UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA

v.

MICHAEL C. BROWN,
JUSTIN R. HARRIS,
RONALD F. RYAN, Jr.,
PHILIP N. ANTICO,

        Defendants.
_____/

## JOINT NOTICE OF AVAILABILITY

The United States respectfully gives notice that, after conferring with counsel for the defendants, all parties are available for a status hearing on Monday, September 18, 2017 at 11:00 a.m.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

By:  s/Susan Osborne
      Susan Osborne
      Assistant United States Attorney
      Court ID# A5500797
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1003

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I filed a true and correct copy of the foregoing NOTICE OF AVAILABILITY using CM/ECF on September 14, 2017.

                                                  s/Susan Osborne
                                                  Assistant United States Attorney