IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATE OF AMERICA,

    Plaintiff,

v.

MICHAEL BROWN

    Defendants.

_____/

## NOTICE REGARDING SUPERSEDING INDICTMENT

Defendant MICHAEL BROWN hereby notifies the Court of the following developments regarding the possible superseding indictment.

Prior to Hurricane Irma, undersigned counsel had requested a meeting with the Government to discuss the proposed superseding indictment and to argue why additional charges should not be brought. Because of the intervening events, that meeting did not occur until today, September 20, 2017.

As the Government noted at the status conference on September 18, 2017, the grand jury meets only on Thursdays, and the Government's witness is not available on September 28, 2017. To afford the Government time to consider the issues raised by undersigned counsel at today's meeting, Michael Brown has no objection to the Government deferring presenting any superseding indictment to the grand jury until October 5, 2017.

{6719171:}

Undersigned counsel conferred with counsel for Defendant Phillip Antico, who may also be subject to the superseding charges.  Counsel for Antico does not object to the Government deferring presenting any superseding indictment to the grand jury until October 5, 2017.

Dated this 20th day of September, 2017.

Respectfully submitted,

/s/ Bruce Reinhart_____
BRUCE E. REINHART, PA
Florida Bar No. 10762
breinhart@brucereinhartlaw.com
Attorney for Defendant Michael Brown
250 S. Australian Avenue, Suite 1400
West Palm Beach, Florida 33401
Telephone:  561-429-8401

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2017, the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record using the CM/ECF system.

/s/ Bruce E. Reinhart_____
BRUCE E. REINHART
Florida Bar No. 10762

Respectfully submitted,

/s/ Bruce Reinhart_____
BRUCE E. REINHART, PA
Florida Bar No. 10762
breinhart@brucereinhartlaw.com
Attorney for Defendant Michael Brown
250 S. Australian Avenue, Suite 1400
West Palm Beach, Florida 33401
Telephone:  561-429-8401

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2017, the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record using the CM/ECF system.

/s/ Bruce E. Reinhart_____
BRUCE E. REINHART
Florida Bar No. 10762

{6719171:}