UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA

v.

MICHAEL C. BROWN,
JUSTIN R. HARRIS,
RONALD F. RYAN, Jr.,
PHILIP N. ANTICO,

        **Defendants.**
_____/

## GOVERNMENT's RENEWED MOTIONS IN LIMINE AND REQUEST FOR EXTENSION OF TIME

The United States, by and through the undersigned attorney, hereby resubmits its prior Motions in Limine (DE 54), with one exception, as detailed below.

On September 5, 2017, the government filed its Motions in Limine as follows:

1) to exclude defendant Antico's April 2, 2015 statement, except for one admission;
2) to exclude a witness officer's Internal Affairs file;
3) to exclude evidence of the victim's prior criminal record; and
4) to exclude defendants' prior instances of good conduct.

The government hereby resubmits motions 2-4. With respect to its first Motion in Limine, the government now withdraws its request to use the discrete admission that defendant Philip Antico watched the PBSO helicopter video with defendant Michael Brown on August 27, 2014, and moves to exclude Antico's April 2, 2015 statement in its entirety.

The government continues to rely on its statement of facts and legal analysis from its prior filing (DE 54).

Accordingly, the government respectfully requests that this Court grant its motions 1) to exclude defendant Antico's April 2, 2015 statement in its entirety; 2) to exclude reference to a witness officer's Internal Affairs file; 3) to exclude evidence of J.B.'s criminal history; and 4) to exclude defendants' prior instances of good conduct. The United States

continues to request that the Court inquire as to whether any defendant intends to introduce good character evidence other than opinion or reputation.

Additionally, the government requests additional time to file a motion to preclude or limit the scope of the testimony of defendant Ryan's proposed expert witness. Yesterday, at approximately 5:29 p.m., the government received notice that defendant Ryan "anticipate[d]" that he "may call Dennis Root as an expert witness," and provided a resume, and two-sentence summary of the scope of Root's testimony. Given the date of the disclosure, the government requests additional time to file any motions regarding Ryan's expert.

I attempted to contact counsel for the defendants, who have not yet had an opportunity to respond. However, their positions on the government's prior Motions in Limine are stated in DE 54.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   s/Susan Osborne
SUSAN OSBORNE
Court Identification No. A5500797
Assistant United States Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing to be filed using CM/ECF on October 12, 2017.

s/Susan Osborne
Assistant United States Attorney

2