UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA

v.

MICHAEL C. BROWN,
JUSTIN R. HARRIS,
RONALD F. RYAN, Jr.,
PHILIP N. ANTICO,

        **Defendants.**
_____/

## NOTICE REGARDING STATEMENTS

The government, by and through the undersigned counsel, hereby files this Notice Regarding Statements, pursuant to the Court's Order at D.E. 123. Pursuant to the Court's Order, the parties conferred, during which counsel for Brown advised the government that the Court's Order at D.E. 116 did not capture the full range of all of defendant Antico's statements that Brown had intended to move to exclude. Counsel for Brown identified comments on at least 12 different pages that he sought to exclude. The government advised counsel of approximately 20 pages containing statements it sought to introduce. After discussion, the parties believe that the differences were too numerous to reach a consensus. Further, the government and counsel for Brown agreed that severance would be an appropriate remedy.

In anticipation of tomorrow's noon deadline requesting legal authority for denial of a severance, counsel for Brown indicated that he would not oppose the government's pending motion for such relief. Accordingly, the government and defendant Brown

respectfully request leave from the Court's Order at D.E. 123, directing the parties to submit page and line references for certain statements, until the Court rules on the government's motion for severance (D.E. 119).

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   s/Susan Osborne
Susan Osborne
Assistant United States Attorney
Court ID# A5500797
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1003

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed a true and correct copy of the foregoing using CM/ECF on October 26, 2017.

s/Susan Osborne
Assistant United States Attorney