IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATE OF AMERICA,

    Plaintiff,

v.

MICHAEL BROWN

    Defendants.

_____/

**NOTICE RE: SECOND MOTION IN LIMINE**

    Undersigned counsel for Defendant MICHAEL BROWN hereby notifies the Court that he conferred with counsel for the Government on October 26, 2017, regarding Brown's Second Motion in Limine (Docket Entry 107) following the filing of the Government's Response (Docket Entry 124). In light of the Government's representation in its Response that it will not offer evidence of the alleged kicking of the driver in its case-in-chief, Brown agrees that the Court should not issue a pretrial ruling precluding the Government from introducing this evidence on cross-examination or rebuttal. Rather, the parties agree that the Court should defer any ruling on the admissibility of this evidence until such time it is offered, if ever.

Dated: October 26, 2017        Respectfully submitted,

                                        /s/ Bruce Reinhart_____
                                        BRUCE E. REINHART, PA
                                        Florida Bar No. 10762
                                        breinhart@brucereinhartlaw.com
                                        Attorney for Defendant Michael Brown
                                        250 S. Australian Avenue, Suite 1400
                                        West Palm Beach, Florida 33401
                                        Telephone: 561-429-8401

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2017, the foregoing Notice Re: Second Motion in Limine was electronically filed with the Clerk of the Court and served on all counsel of record using the CM/ECF system.

/s/ Bruce E. Reinhart
BRUCE E. REINHART
Florida Bar No. 10762