**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-80102-CR-ROSENBERG/HOPKINS**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL C. BROWN,**
**JUSTIN R. HARRIS,**
**RONALD F. RYAN, Jr.,**
**PHILIP N. ANTICO,**

                          **Defendants.**
_____/

**NOTICE REGARDING SEVERANCE**

       The government, by and through the undersigned counsel, hereby files this Notice Regarding Severance, pursuant to the Court's Order at D.E. 125. After conferring with counsel, defendants Brown, Harris, and Antico have no objection to a severance of the defendants, as outlined by the Court in D.E. 125, and defendant Ryan takes no position.

                                    Respectfully submitted,

                                      BENJAMIN G. GREENBERG
                                      ACTING UNITED STATES ATTORNEY

By:    s/Susan Osborne
          Susan Osborne
          Assistant United States Attorney
          Court ID# A5500797
          500 S. Australian Avenue, Suite 400
          West Palm Beach, Florida 33401
          Tel: (561) 209-1003

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I filed a true and correct copy of the foregoing using

CM/ECF on October 26, 2017.

s/Susan Osborne_____
Assistant United States Attorney