UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA

v.

MICHAEL C. BROWN,
JUSTIN R. HARRIS, and
RONALD F. RYAN, Jr.

        Defendants.

_____/

## GOVERNMENT'S LIST OF POTENTIAL WITNESSES FOR TRIAL

Comes now the United States of America, by and through the undersigned attorney, and files its list of potential witnesses for trial:

Sedrick Aiken, Sergeant, Boynton Beach Police Department

John Brady, Palm Beach Sheriff's Office

Jeffrey Braswell

Elizabeth Clowes, dispatcher

Joseph DeGiulio, Assistant Chief, Boynton Beach Police Department

Robert Eichorst, Investigator, Boynton Beach Police Department

Kelly Harris, Assistant Chief, Boynton Beach Police Department

Jeffrey Katz, Chief, Boynton Beach Police Department

Jason Llopis, Sergeant, Boynton Beach Police Department

Patrick Monteith, Officer, Boynton Beach Police Department

1

Michael Musto, Palm Beach Sheriff's Office

Charlie Ramos, Detective, Boynton Beach Police Department

Stuart Robinson, retired Special Agent with the Federal Bureau of Investigation

Douglas Solomon, Boynton Beach Police Department

Ellen Thomas, Special Agent, Federal Bureau of Investigation

Jeff Williams, Officer, Boynton Beach Police Department

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: *[signature]*

SUSAN OSBORNE
Court Identification No. A5500797
Assistant United States Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401