AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States

V.

Michael Brown, et. al.

**EXHIBIT AND WITNESS LIST**

Case Number: 17-80102-CR-RLR

| PRESIDING JUDGE<br>Rosenberg | PLAINTIFF'S ATTORNEY<br>Osborne/Tunnage | DEFENDANT'S ATTORNEY<br>Reinhart |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>Stipes | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | B-1 | 11/1/2017 | x | x | CAD Report |
| | B-2 | | x | | excerpt for videotaped interview |
| | B-3 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-4 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-5 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-6 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-7 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-8 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-9 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-10 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-11 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-12 | 11/1/2017 | x | x | Photograph of vehicle |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages