IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATE OF AMERICA,

    Plaintiff,

v.

MICHAEL BROWN

    Defendants.
_____/

## NOTICE RE: DEFENSE CASE

Having consulted with counsel, MICHAEL BROWN hereby notifies this Honorable Court that he does not intend to testify or present evidence after the Government rests.

Dated: November 5, 2017        Respectfully submitted,

        /s/ Bruce Reinhart_____
        BRUCE E. REINHART, PA
        Florida Bar No. 10762
        breinhart@brucereinhartlaw.com
        Attorney for Defendant Michael Brown
        250 S. Australian Avenue, Suite 1400
        West Palm Beach, Florida 33401
        Telephone: 561-429-8401

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2017, the foregoing Notice Re: Defense Case was electronically filed with the Clerk of the Court and served on all counsel of record using the CM/ECF system.

        /s/ Bruce E. Reinhart_____
        BRUCE E. REINHART
        Florida Bar No. 10762