UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RONALD F. RYAN, JR.,
    Defendant.
_____/

## NOTICE RE: DEFENSE CASE

Having consulted with counsel, Ronald Ryan, Jr., hereby notifies this Honorable Court that he does not intend to testify or present evidence after the Government rests.

Dated:   November 6, 2017

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By: *s/Robert E. Adler*
    Robert E. Adler
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 259942
    450 S Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    (561) 833-0368 - Facsimile
    robert_adler@fd.org – Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Robert E. Adler*
Robert E. Adler
