AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

United States of America,

V.

Michael C. Brown, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 17-80102-CR-RLR(s)

| PRESIDING JUDGE<br>Hon. Robin L. Rosenberg | PLAINTIFF'S ATTORNEY<br>AUSA S. Osborne | DEFENDANT'S ATTORNEY<br>Bruce Reinhart, et al. |
|---|---|---|
| TRIAL DATE (S)<br>October 30, 2017 | COURT REPORTER<br>Pauline Stipes | COURTROOM DEPUTY<br>Melanie Richardson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Supervisory Incident Report |
| 1a | | | | | Attachments to Supervisory Incident Report |
| 2 | | 10/31/17 | | ✓ | Radio traffic recording, 8/20/2014 |
| 2a | | 10/31/17 | | ✓ | Transcript for radio traffic recording, 8/20/2014 |
| 3 | | 10/31/17 | | ✓ | Palm Beach Sheriff's Office helicopter video, 8/20/2014 |
| 3a | | | | | Enhanced helicopter video |
| 3b | | | | | Circled version of helicopter video – Brown, segment 1 |
| 3c | | | | | Circled version of helicopter video – Harris, segment 1 |
| 3d | | | | | Circled version of helicopter video – Ryan, segment 1 |
| 3e | | | | | Circled version of helicopter video – Brown and Ryan, segment 2 |
| 3f | | | | | Circled version of helicopter video – Brown and Ryan 2, segment 2 |
| 3g | | | | | Circled version of helicopter video – Harris, segment 2 |
| 3h | | | | | Circled version of helicopter video – Monteith, segment 2 |
| 3i | | | | | Circled version of helicopter video – end of video |
| 4a | | 11/7/17 | | ✓ | Taser records – Michael Brown |
| 4b | | 11/7/17 | | ✓ | Taser records – Justin Harris |
| 4c | | | | | Taser records – Ronald Ryan |
| 4d | | | | | Taser records – Cory Herny |
| 4e | | | | | Taser records – Al Martinez |
| 4f | | | | | Taser records – Pat Monteith |
| 4g | | | | | Taser records – Cynthia Rivera |
| 5a | | 11/1/17 | | ✓ | Crime scene photo – B.H. vehicle, front view |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Michael C. Brown, et. al. | | CASE NO. 17-80102-CR-RLR(s) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5b | | 11/1/17 | | ✓ | Crime scene photo – B.H. vehicle, rear view |
| 5c | | 11/1/17 | | ✓ | Crime scene photo – B.H. vehicle, interior |
| 5d | | 11/1/17 | | ✓ | Crime scene photo – Brown vehicle, front view |
| 5e | | | | | Crime scene photo – J.B., standing, full body |
| 5f | | | | | Crime scene photo – J.B., standing, torso |
| 5g | | 11/1/17 | | ✓ | Crime scene photo – J.B., face, left side |
| 5h | | 11/1/17 | | ✓ | Crime scene photo – J.B., face, right side |
| 5i | | | | | Crime scene photo – J.B., back |
| 5j | | 11/1/17 | | ✓ | Crime scene photo – J.B., right arm |
| 5k | | | | | Crime scene photo – J.B., left shoulder |
| 5l | | | | | Crime scene photo – A.H., face |
| 5m | | | | | Crime scene photo – B.H., standing, full body |
| 5n | | | | | Crime scene photo – B.H., standing, torso |
| 5o | | | | | Crime scene photo – B.H., face |
| 6 | | 11/1/17 | | ✓ | J.B. probable cause affidavit |
| 6a | | | | | J.B. medical records |
| 7 | | 11/1/17 | | ✓ | State Attorney's Office filing information form |
| 8a | | | | | Audit trail report – Justin "Too Tall" Harris |
| 8b | | 11/1/17 | | ✓ | Audit trail report – Patrick Monteith |
| 8c | | | | | Audit trail report – Cory Herny |
| 8d | | 10/31/17 | | ✓ | Audit trail report – Michael Brown |
| 8e | | | | | Audit trail report – Cynthia Rivera |
| 8f | | 11/1/17 | | ✓ | Audit trail report – Ronald Ryan |
| 8g | | | | | Audit trail report – Stephen Maiorino |
| 8h | | | | | Audit trail report – Al Martinez |
| 8i | | ~~11/1/17~~ | | W | Audit trail report – Robert Eichorst |
| 8j | | 11/1/17 | | ✓ | Audit trail report – Justin Harris |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | vs. | Michael C. Brown, et. al. | CASE NO. 17-80102-CR-RLR(s) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 8k | | | | | Audit trail report – Charlie Ramos |
| 8l | | | | | Audit trail report – Matt Medeiros |
| 8m | | | | | Audit trail report – S. Harris |
| 8n | | | | | Audit trail report – Gary Garafolo |
| 8o | | | | | Audit trail report – Cory Gray |
| 8p | | | | | Audit trail report 2 – Charlie Ramos |
| 8q | | | | | Audit trail report 2 – Cory Gray |
| 8r | | | | | Audit trail report 3 – Charlie Ramos |
| 8s | | | | | Audit trail report 2 – Robert Eichorst |
| 8t | | | | | Audit trail report 3 – Cory Gray |
| 8u | | | | | Audit trail report 3 – Robert Eichorst |
| 9a | | 10/31/17 | | X | Use of Force report – Michael Brown |
| 9b | | 11/2/17 | | X | Use of Force report – Justin Harris |
| 9c | | 11/2/17 | | X | Use of Force report – Ronald Ryan |
| 9d | | | | | Use of Force report – Cory Herny |
| 9e | | | | | Use of Force report – Stephen Maiorino |
| 9f | | | | | Use of Force report – Al Martinez |
| 9g | | | | | Use of Force report – Matt Medeiros |
| 10 | | 11/2/17 | | X | ANTICO's telestaff work schedule |
| 13a | | | | | Phone records – Chart A |
| 13b | | | | | Phone records – Chart B |
| 13c | | | | | Phone records – one disc |
| 14a | | | | | Civil deposition – Michael Brown |
| 14b | | | | | Civil deposition – Justin Harris |
| 14c | | | | | Civil deposition – Ron Ryan |
| 15 | | 11/2/17 | | X | BROWN telestaff work schedule |
| 16 | | 11/2/17 | | X | HARRIS telestaff work schedule |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | Michael C. Brown, et. al. | CASE NO. 17-80102-CR-RLR(s) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 17 | | 11/2/17 | | X | RYAN telestaff work schedule |
| 18 | | 11/2/17 | | X | DeGiulio telestaff work schedule |
| 19 | | 11/2/17 | | X | Llopis telestaff work schedule |
| 20a | | 11/2/17 | | X | Index Code: Response to Resistance |
| 20b | | 11/2/17 | | X | Index Code: M/X-26 Taser |
| 20c | | 11/2/17 | | X | Index Code: Vehicular Pursuit and Apprehension |
| 21a | | 11/2/17 | | X | Training records - BROWN |
| 21b | | 11/2/17 | | X | Training records - HARRIS |
| 21c | | 11/2/17 | | X | Training records - RYAN |
| 21d | | 11/2/17 | | X | Training records – Use of Force |
| 21e | | 11/2/17 | | X | Training records – Felony Traffic Stops |
| 21f | | 11/2/17 | | X | Training records – Weapon Retention/Handcuffing |
| 21g | | 11/2/17 | | X | Training records – Less Lethal (OC/Taser/Baton) |
| 22 | | 11/1/17 | ✓ | | Grand Jury Transcript of Detective Ramos |
| 23 | | 11/3/17 | | ✓ | Summary exhibit for agent Thomas |

Page _____ of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States

V.

Michael Brown, et. al.

**EXHIBIT AND WITNESS LIST**

Case Number: 17-80102-CR-RLR

| PRESIDING JUDGE<br>Rosenberg | PLAINTIFF'S ATTORNEY<br>Osborne/Tunnage | DEFENDANT'S ATTORNEY<br>Reinhart |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>Stipes | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | B-1 | 11/1/2017 | x | x | CAD Report |
| | B-2 | | x | | excerpt for videotaped interview |
| | B-3 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-4 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-5 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-6 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-7 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-8 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-9 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-10 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-11 | 11/1/2017 | x | x | Photograph of vehicle |
| | B-12 | 11/1/2017 | x | x | Photograph of vehicle |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages