IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATE OF AMERICA,

    Plaintiff,

v.

MICHAEL BROWN

    Defendants.
_____/

## SUPPLEMENT TO MOTIONS FOR JUDGEMENT OF ACQUITTAL

Michael Brown hereby supplements his previously-made oral motions for judgment of acquittal, which were taken under advisement by the Court.  A judgment of acquittal is required on Count Two of the Superseding Indictment because 18 U.S.C. 242 does not meet the statutory definition of a "crime of violence" under 18 U.S.C. 16, so it cannot be the predicate for a conviction under 18 U.S.C. 924(c)(1)(A), as alleged in Count Two.  *See Leocal v. Ashcroft,* 543 U.S. 1, 9-10 (2004), *United States v. Vail-Bailon,* No. 15-10351 (11th Cir. 8/25/17)(en banc).

The elements of 18 U.S.C. 242 do not include "the use, attempted use, or threatened use of physical force against the person or property of another", as required by 18 U.S.C. 16(a). Moreover, 18 U.S.C. 242 does not "by its nature, involve a substantial risk that physical force against the person or property of another may be used in the course of committing the offense", as required by 18 U.S.C. 16(b).

A judgement of acquittal should be entered as a matter of law on Count Two.

Dated: November 9, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Bruce Reinhart_____
　　　　　　　　　　　　　　　　　　　BRUCE E. REINHART, PA
　　　　　　　　　　　　　　　　　　　Florida Bar No. 10762
　　　　　　　　　　　　　　　　　　　breinhart@brucereinhartlaw.com
　　　　　　　　　　　　　　　　　　　Attorney for Defendant Michael Brown
　　　　　　　　　　　　　　　　　　　250 S. Australian Avenue, Suite 1400
　　　　　　　　　　　　　　　　　　　West Palm Beach, Florida 33401
　　　　　　　　　　　　　　　　　　　Telephone:  561-429-8401

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2017, the foregoing Supplement to Motions for Judgment of Acquittal was electronically filed with the Clerk of the Court and served on all counsel of record using the CM/ECF system.

　　　　　　　　　　　　　　　　　　　/s/ Bruce E. Reinhart_____
　　　　　　　　　　　　　　　　　　　BRUCE E. REINHART
　　　　　　　　　　　　　　　　　　　Florida Bar No. 10762