UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/Hopkins(s)

UNITED STATES OF AMERICA

v.

PHILIP N. ANTICO,

       Defendant.

_____/

## JOINT NOTICE

Comes now the United States of America, by and through the undersigned attorney, and files this Joint Notice:

If the government chooses to admit the defendant's recorded statement from April 2, 2015 in its entirety in the government's case in chief, the defense has no objection to admission of this evidence.

Gregg Lerman, counsel for defendant Antico, concurs.

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                ACTING UNITED STATES ATTORNEY

      By:   s/Susan Osborne
                SUSAN OSBORNE
                Court Identification No. A5500797
                Assistant United States Attorney
                500 S. Australian Avenue, Suite 400
                West Palm Beach, FL 33401

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing to be filed using CM/ECF on November 9, 2017.

                                                  s/Susan Osborne
                                                  Assistant United States Attorney